IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN HARRIS,                )<br>                             )<br>       Petitioner,          )<br>                             )<br>v.                           )     Civil Action No. 06-786-***<br>                             )<br>THOMAS L. CARROLL,           )<br>Warden, and ATTORNEY         )<br>GENERAL OF THE STATE        )<br>OF DELAWARE,                 )<br>                             )<br>       Respondents.          )| |

FILED
JAN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## AEDPA ELECTION FORM

1. __X__    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*[signature]*
Petitioner

1-11-06

IM Lynn Harris
SBI# 247444   UNIT 32
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 JAN 2007 PM 3 L

Honorable Mary Pat Thynge
United States District Court
844 N. King Street Lock Box 18
Wilmington Delaware
19801-3570