IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN HARRIS, | ) |
|         Petitioner, | ) ) ) |
| v. | ) Civ. No. 06-786-SLR ) |
| PERRY PHELPS, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | ) ) ) ) ) |
|         Respondents. | ) ) |

**ORDER**

At Wilmington this 8th day of May, 2008, consistent with the memorandum opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Petitioner Lynn Harris' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE